BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZELL ANDERSON, JR., Doing Business As, Mom's Choice Meats, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; KEVIN CONCANNON, Undersecretary for Food, Nutrition and Consumer Services; UNITED STATES DEPARTMENT OF AGRICULTURE; JOCELYN KEH, Section Chief, Supplemental Nutrition Assistance Program, Food and Nutrition Service, United States Department of Agriculture, and their successors in office, , <br><br> Defendants. | Case No. 2:14-cv-02307 JAM/CKD <br><br> STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND DATE TO FILE JOINT STATUS REPORT; ORDER |

Plaintiff Ezell Anderson Jr, doing business as, Mom's Choice Meats ("Plaintiff"), and Defendant United States[1] ("Defendant"), stipulate, by and through the undersigned counsel, to allow Plaintiff to file a Second Amended Complaint on or before December 9, 2014, and that the United States will have thirty (30) days from the filing of the Second Amended Complaint to file its response. The parties also jointly request that the Court continue the need to file a joint status report to a date convenient for the Court in March 2015.

---

[1] A store owner's challenge to disqualification to participation in the Supplemental Nutrition Assistance Program is pursued by a lawsuit against the United States, not any other entity or individual. 7 U.S.C. § 2023(a)(13) ("judicial review thereof by filing a complaint against the United States.")

The parties base this stipulation on good cause, which includes the need for Plaintiff to clarify his allegations and then allow the sufficient time for the United States to review the allegations in the Second Amended Complaint and respond accordingly. Because an operative pleading will not be on file at that date the current joint scheduling report is due a brief continuance is requested

The parties request the court to endorse this stipulation by way of formal order.

Respectfully submitted,

Dated:  December 1, 2014                     BENJAMIN B. WAGNER
                                             UNITED STATES ATTORNEY


                                             /s/Alyson A. Berg
                                             ALYSON A. BERG
                                             Assistant United States Attorney
                                             Attorney for Defendant United States


Dated:  December 1, 2014                     BISCETTE AND ASSOCIATES, P.C.


                                             (As authorized 12/01/14)
                                             /s/Nasiche Beatrice Biscette
                                             NASICHE BEATRICE BISCETTE
                                             Attorneys for Plaintiff

**ORDER**

Having reviewed the stipulation submitted by the parties, the court hereby extends the time for the Plaintiff to file a Second Amended Complaint to on or before December 9, 2014, and that the United States will have thirty (30) days from the filing of the Second Amended Complaint to file its response. The Court continues the date to file a joint status report to March 13, 2015.

Dated:  December 2, 2014                     /s/ John A. Mendez
                                             John A. Mendez
                                             United States District Court Judge