BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZELL ANDERSON, JR., Doing Business As, Mom's Choice Meats,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; KEVIN CONCANNON, Undersecretary for Food, Nutrition and Consumer Services; UNITED STATES DEPARTMENT OF AGRICULTURE; JOCELYN KEH, Section Chief, Supplemental Nutrition Assistance Program, Food and Nutrition Service, United States Department of Agriculture, and their successors in office,<br><br>　　　　　Defendants. | Case No. 2:14-cv-02307 JAM/CKD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SETTLEMENT CONFERENCE<br><br>Old Date:    May 15, 2015<br>New Date:   July  28, 2015<br>Courtroom :  24, 8th Floor<br>Magistrate Judge Carolyn K. Delaney |

　　　　Plaintiff Ezell Anderson, Jr., doing business as, Mom's Choice Meats ("Plaintiff"), and Defendant United States ("Defendant"), through the undersigned counsel, hereby request that the settlement conference set for May 15, 2015, be rescheduled to July 28, 2015 at 9:30 a.m., Courtroom 24, 8th Floor before the Honorable Magistrate Judge Carolyn K. Delaney.  Good cause exists for the requested continuance as the parties are working towards settlement in the above-captioned matter that may obviate the need for the settlement conference.

Dated:  May 6, 2015
　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　/s/Alyson A. Berg
　　　　　　　　　　　　　　　　　　　ALYSON A. BERG
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Attorney for Defendant United States

Dated: May 6, 2015　　　　　　　　　BISCETTE AND ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　(As authorized 05/05/15)

　　　　　　　　　　　　　　　　　　/s/Nasiche Beatrice Biscette
　　　　　　　　　　　　　　　　　　NASICHE BEATRICE BISCETTE
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## ORDER

GOOD CAUSE APPEARING THEREFOR,

It is hereby ordered that the settlement conference be continued to July 28, 2015, at 9:30 a.m., in Courtroom 24, on the 8th Floor in the United States District Court, located at 501 "I" Street, Sacramento, California.

Dated: May 7, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE