BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZELL ANDERSON, JR., Doing Business As, Mom's Choice Meats, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; KEVIN CONCANNON, Undersecretary for Food, Nutrition and Consumer Services; UNITED STATES DEPARTMENT OF AGRICULTURE; JOCELYN KEH, Section Chief, Supplemental Nutrition Assistance Program, Food and Nutrition Service, United States Department of Agriculture, and their successors in office, , <br><br> Defendants. | Case No. 2:14-cv-02307 JAM/CKD <br><br> STIPULATION TO CONTINUE SCHEDULING ORDER DATES; ORDER |

    Plaintiff Ezell Anderson, Jr., doing business as, Mom's Choice Meats ("Plaintiff"), and Defendant United States ("Defendant"), (collectively "the parties"), stipulate, by and through the undersigned counsel, to extend the expert and discovery dates in this action to allow for newly associated counsel on behalf of Plaintiff to become familiar with the matter.  Additionally, good cause exists for this brief extension of the discovery and expert report dates as the parties meaningfully engaged in settlement negotiations, including but not limited to two settlement conferences, with Magistrate Judge Delaney.  Despite the efforts of the parties and the court, settlement was not achieved, and the parties are now diligently pursuing written discovery and depositions for which a brief extension of the expert and discovery dates is required.

The parties submit that this request is being made for good cause as newly associated counsel needs time to learn the matter and the parties were unsuccessful in their attempt to resolve the case prior to extensive discovery, depositions and pre-trial disclosures. This stipulation does not affect any other dates in the Scheduling Order (Docket No. 19).

Accordingly, the parties stipulate and agree to continue the following dates, and base it on the above-stated good cause.

|  | **Old Date** | **New Date** |
|---|---|---|
| Expert Disclosure | October 17, 2015 | December 2, 2015 |
| Supplemental Expert Disclosure | October 30, 2015 | December 15, 2015 |
| Discovery Cut-Off | January 8, 2016 | January 26, 2016 |

The parties request the court to endorse this stipulation by way of formal order.

Dated:  September 29, 2015                                     Respectfully submitted,

                                                                                    BENJAMIN B. WAGNER
                                                                                    UNITED STATES ATTORNEY


                                                                                    /s/Alyson A. Berg
                                                                                    ALYSON A. BERG
                                                                                    Attorney for Defendant United States


Dated:  September 29, 2015                                     BISCETTE AND ASSOCIATES, P.C.


                                                                                    (As authorized 09/29/15)
                                                                                    /s/Nasiche Beatrice Biscette
                                                                                    NASICHE BEATRICE BISCETTE
                                                                                    Attorneys for Plaintiff


                                                    ORDER

Having reviewed the stipulation submitted by the parties, the dates are continued as referenced above.

Dated:  September 30, 2015                                     /s/ John A. Mendez
                                                                                    John A. Mendez
                                                                                    United States District Court Judge