Nasiche Biscette
#33102
Attorneys at Law
1811 Bering Dr., Suite 300
Houston, Texas 77057
Phone: (281) 652-5579
Fax: (832) 201-7354
Email: nanderson@theandersonlawgroup.com

Attorneys for Plaintiff

FILED
NOV 18 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ezell Anderson, Jr., Doing Business As, Mom's Choice Meats<br><br>    Plaintiff,<br><br>v.<br><br>United States of America<br><br>    Defendant, | No. 2:14-cv-02307-JAM-CKD<br><br><br><br>**STIPULATION** |

Plaintiff, Ezell Anderson, Jr., Doing Business As, Mom's Choice Meats and Defendant, United States of America, stipulate by and through the undersigned counsel, that the Joint Scheduling Orders dated March 16, 2015 and September 30, 2015 be vacated as a result of Plaintiff's counsel filing a Joint Motion to Withdraw as Counsel, and that a status conference be held on January 12, 2016 at 1:30pm to set new dates.

The parties submit that this request is being made for good cause as Plaintiff's counsel has been terminated by their client and a hearing on counsel's Motion to Withdraw cannot be heard until January 12, 2016.

The parties request the court to endorse this stipulation by way of formal order.

DATED this 17th day of November 2015.

1

/s/ Nasiche Biscette

NASICHE BISCETTE
Attorneys for Plaintiff Ezell Anderson, Jr., d/b/a
Mom's Choice Meats

/s/ Alyson A. Berg
ALYSON A. BERG
Attorneys for Defendant, UNITED STATES

## ORDER

Having reviewed the stipulation submitted by the parties, the Scheduling Orders as identified above are hereby vacated and a status conference to enter new dates is scheduled for January 12, 2016.

Dated: November 17, 2015

John A. Mendez
United States District Court Judge