Nasiche Biscette
Biscette & Associates, P.C.
#33102
Attorneys at Law
1811 Bering Dr., Suite 300
Houston, TX 77071
Phone:  (281) 652-5579
Fax:  (832) 201-7354
Email:  nanderson@theandersonlawgroup.com

Jeffrey R. Fletterick
# 270847
Attorney at law
3941 Park Dr Ste 20 # 267
El Dorado Hills, CA 95762
Phone: (916) 402-6635
Fax: (832)201-7354
Email: jeff@fletterricklaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ezell Anderson, Jr., Doing Business As, Mom's Choice Meats,<br><br>        Plaintiff,<br><br>   v.<br><br>United States of America; Kevin Concannon, Undersecretary for Food, Nutrition and Consumer Services, United States Department of Agriculture; Jocelyn Keh, Section Chief, Supplemental Nutrition Assistance Program, Food and Nutrition Service, United States Department of Agriculture, and their successors in office,<br><br>        Defendant. | No.  2:14-cv-02307-JAM-CKD<br><br>**ORDER APPROVING  MOTION TO WITHDRAW AS COUNSEL** |

1

## ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL

On November 2, 2015, Lead counsel Nasiche Biscette of Biscette & Associates, P.C. and Co-Counsel, Jeffrey Fletterick (collectively referred to as "Counsel") for Plaintiff Ezell Anderson, Jr. Doing Business as Mom's Choice Meats filed a motion to withdraw as counsel of record for Plaintiff. This court finds that Nasiche Biscette and Jeffrey Fletterick have submitted satisfactory reasoning for withdrawal, and that the granting of this Motion will not cause substantial prejudice or delay to any party.

Therefore, the court hereby GRANTS the motion to withdraw.

IT IS HEREBY ORDERED that Nasiche Biscette and Jeffrey Fletterick's Motion to Withdraw as counsel for Defendant is GRANTED and Nasiche Biscette and Jeffrey Fletterick are hereby withdrawn as counsel in this proceeding.

DATED: 1/14/2016                    /s/ John A. Mendez

John A. Mendez, U.S. District Court Judge