UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZELL ANDERSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> USDA, <br><br> Defendant. | No. 2:14-cv-2307 JAM CKD <br><br><br> ORDER |

Plaintiff has filed a motion to recuse the undersigned. There is no basis for recusal under 28 U.S.C. § 455. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to recuse (ECF No. 77) is denied.

Dated: November 14, 2016

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

anderson2307.rec.den