UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZELL ANDERSON, JR., dba Mom's Choice Meats,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>          Defendants. | Case No. 2:14-CV-02307 JAM-CKD<br><br><br><br><br>**RELATED CASE ORDER** |
| J.G., a minor, by and through his mother and Guardian Ad Litem, Bridgette M. McCullough, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 2:16-CV-01476 KJM-EFB |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

1        The parties should be aware that relating the cases under
2   Local Rule 123 merely has the result that these actions are
3   assigned to the same judge and magistrate judge; no consolidation
4   of the actions is effected.  Under the regular practice of this
5   court, related cases are generally assigned to the judge and
6   magistrate judge to whom the first filed action was assigned.
7        IT IS THEREFORE ORDERED that the action denominated 2:16-CV-
8   01476 KJM-EFB be reassigned to Judge John A. Mendez and Magistrate
9   Judge Carolyn K. Delaney for all further proceedings, and any dates
10  currently set in the reassigned case only are hereby VACATED.
11  Henceforth, the caption on documents filed in the reassigned case
12  shall be shown as 2:16-CV-01476 JAM-CKD.
13       IT IS FURTHER ORDERED that the Clerk of the Court make
14  appropriate adjustment in the assignment of civil cases to
15  compensate for this reassignment.
16       IT IS SO ORDERED.
17  Dated:   February 22, 2017

                                    /s/ John A. Mendez_____
                                    JOHN A. MENDEZ
                                    United States District Court Judge